**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO 19 B 06867 et al |
| Craig J Noys ) | |
| And Attached list of cases ) | |
| ) | |
| ) | |

**AGREED SUBSTITUTION OF ATTORNEY**

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 2091-1**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Sarah Lentes and Patrick Semrad hereby agree to substitute the appearance of Sarah Lentes for Patrick Semrad and withdraw the appearance of Sarah Lentes for the above case AND the attached list of cases, as follows:

| **COUNSEL APPEARANCE WITHDRAWN:** | **COUNSEL SUBSTITUTING AND APPEARING:** |
|---|---|
| Sarah Lentes | Patrick Semrad |
| The Semrad Law Firm, LLC | The Semrad Law Firm, LLC |
| 20 S Clark 28th Floor | 20 S Clark 28th Floor |
| Chicago IL 60603 | Chicago IL 60603 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Sarah Lentes            /s/ Patrick Semrad

RESPECTFULLY SUBMITTED
/s/ Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago IL 60603
312-913-0625

| Case | Debtor | Chapter |
|---|---|---|
| 19-06867 | Craig J Noys | 13 |
| 19-07078 | Julie A. Robinson | 13 |
| 19-07082 | Anthony Johnson and Brenda Lee | 13 |
| 19-07094 | Frederick Anderson | 13 |
| 19-07191 | Rosharon M Ba | 13 |
| 19-07652 | Gerrick Franklin | 13 |
| 19-07777 | Janet Woodard | 13 |
| 19-07811 | Pakeela Berry | 7 |
| 19-07866 | Chantanay A. Reynolds | 7 |
| 19-07918 | Quana M Dorsey | 13 |
| 19-08098 | Cleavon Profit | 13 |
| 19-08322 | Jordan A. Wexler | 13 |
| 19-08332 | Tayana Gardner | 13 |
| 19-08378 | Robert C Harrison and Fannie M. White | 13 |
| 19-08660 | Lovisa Davis | 13 |
| 19-08991 | Cynthia Streeter | 13 |
| 19-09197 | Barbara A Mosley | 13 |
| 19-09561 | Keren Richardson | 13 |
| 19-09620 | Michael A Cole | 13 |
| 19-09643 | Jose A. Gonzalez | 13 |
| 19-09716 | Mary L Lloyd | 13 |
| 19-10035 | Derrick G. Dunston | 13 |
| 19-10146 | Mary A. Blackmon | 7 |
| 19-10535 | David H. Krell | 13 |
| 19-10751 | Kevin Smith | 13 |
| 19-10926 | China J. Robinson | 13 |
| 19-11043 | Rachell A. Rogers | 13 |
| 19-11070 | Willie Randolph and Valerie Randolph | 13 |
| 19-11121 | Tyra Taylor | 13 |
| 19-11176 | Danielle N Hunter | 13 |
| 19-11527 | Tara Davis-Freeman and Ronald Freeman | 13 |

| | | |
|---|---|---|
| 19-11577 | Sheila A Brown | 13 |
| 19-11600 | Lakeisha E. Johnson | 13 |
| 19-11738 | Kenitta M. Crawford | 13 |
| 19-11811 | Nicole M Dean | 7 |
| 19-12228 | Kiyanna B. Winters | 13 |
| 19-12463 | Christopher M. Shorter | 13 |
| 19-12496 | Jessie Hannah | 13 |
| 19-12801 | Maria A Chromy | 13 |
| 19-12934 | Ruthie M. Davis | 13 |
| 19-13004 | Dequana V Collier | 13 |
| 19-13509 | Charisse Murray | 13 |
| 19-13583 | Armando Torres and Delia Torres | 13 |
| 19-13815 | Robyn Pondexter | 13 |
| 19-13857 | Carl Grau | 13 |
| 19-13887 | Debra Haslett | 13 |
| 19-14046 | Shemika M Coleman | 13 |
| 19-14097 | Tabatha Cobb | 13 |
| 19-14161 | Markesha P White | 13 |
| 19-14224 | Nancy L Kuyoro | 13 |
| 19-14362 | Edward Sharkey | 13 |
| 19-14805 | Azie Abrams | 13 |
| 19-15104 | Tarhonda Jones | 13 |
| 19-15439 | Donna M Peters | 13 |
| 19-16045 | Frederick Collins | 13 |
| 19-16212 | Karla R Cox | 13 |
| 19-16494 | John L. Brown | 13 |
| 19-16568 | Jennifer L. Lee | 13 |
| 19-16868 | Rossie Fortenberry and Kathleen R Fortenberry | 13 |
| 19-17021 | LaRissa Y. James | 13 |
| 19-17068 | Raven Hall | 13 |
| 19-17385 | Jerrod L. Ewing | 13 |

| Case | Name | Chapter |
|---|---|---|
| 19-17386 | Chersari M Jones | 13 |
| 19-17409 | Wendy Thompson-Gore | 13 |
| 19-17965 | Kimberly J. Anderson | 13 |
| 19-18092 | Joshua T. Young | 13 |
| 19-18354 | Corinna Harrison | 13 |
| 19-18475 | Edgar Montejano-Figueroa | 13 |
| 19-18554 | Dominika N Johnson | 13 |
| 19-18575 | Gale Deer | 13 |
| 19-18578 | Laura Montejano | 13 |
| 19-18617 | Tiffani M. Myvett | 7 |
| 19-18649 | John Coleman | 13 |
| 19-18980 | Shondrea D. O'Neal | 13 |
| 19-19032 | Daniel Jackson, Sr | 13 |
| 19-19175 | Quincy L Jackson | 13 |
| 19-19436 | Shanelle Gee | 13 |
| 19-19606 | Theresa M. Wheeler | 13 |
| 19-19688 | Veronica Henry | 13 |
| 19-20025 | Orivell A Chester | 13 |
| 19-21055 | Roberto Cruz and Brenda Estrada | 13 |
| 19-21214 | Janie B. Ceniceros and Gilberto Ceniceros | 13 |
| 19-21405 | Tracey Harris | 7 |
| 19-21459 | Samantha L. Haney and Michael G. Haney | 13 |
| 19-21530 | Michael Exson | 7 |
| 19-21726 | Ashley S Smith | 13 |
| 19-22282 | Alyssia Washington | 13 |
| 19-22760 | Michelle Hueston | 13 |
| 19-23066 | Danielle Keys | 7 |
| 19-23118 | Latrica Burton | 13 |
| 19-23287 | Ryan L Robinson | 13 |
| 19-23299 | Luis C. Crespo | 13 |

| Case | Debtor | Chapter |
|---|---|---|
| 19-23427 | Debra A. Guiseppe | 13 |
| 19-23466 | Lisa Navarro | 13 |
| 19-23584 | Theotis Hilliard and Lorna Dennis | 13 |
| 19-23729 | Josue Romero and Teresa Romero | 13 |
| 19-23737 | Tina M. Abner | 13 |
| 19-24573 | Deshaune Gaskin | 13 |
| 19-24739 | Clyde J Caldwell | 13 |
| 19-24800 | Bhatia D. Pullens | 13 |
| 19-24822 | Quiana White | 13 |
| 19-24970 | Ebony L Henderson | 13 |
| 19-25031 | Demetria Murphy | 13 |
| 19-25043 | Sheena I Watts | 13 |
| 19-25123 | Deshamar M Simmons | 13 |
| 19-25512 | Kimberly A. Selega | 13 |
| 19-25549 | Gladys F. Smith and Stanley Smith | 13 |
| 19-25738 | Orland F. Cobb | 13 |
| 19-26011 | Michele Barkley | 13 |
| 19-26189 | Angela L Farmer and Barry Farmer | 13 |
| 19-26223 | Cynthia Gilmore- Taylor | 13 |
| 19-26401 | Michael Reaves, Jr and Nicole Reaves | 13 |
| 19-26799 | Barbara A. Sampson | 13 |
| 19-26977 | Hilda Rodriguez | 13 |
| 19-27102 | Helen E. Pilate-Marsh | 13 |
| 19-27104 | Bradley A Matthias | 7 |
| 19-27153 | Victor K. Gaston | 13 |
| 19-27157 | Lateesha A Round | 13 |
| 19-27435 | Shenika L. Bradley | 13 |
| 19-27579 | Tina Westley | 13 |
| 19-27633 | Latoya A Hill | 13 |
| 19-27714 | Lakesha M Reece | 7 |
| 19-27787 | Kathy E. Boose | 13 |

| | | |
|---|---|---|
| 19-28088 | Tanya Baskin | 13 |
| 19-28192 | Jessica I Lowing | 13 |
| 19-28303 | Anthony Imbo and Amy Imbo | 13 |
| 19-28323 | Jeffrey Morgan | 13 |
| 19-28510 | Walter T. Scott, Jr | 13 |
| 19-28754 | Latorra Goins | 13 |
| 19-28806 | Nichelle Foxx-Malcolm | 13 |
| 19-28926 | Heather M. Staker | 13 |
| 19-29064 | Jillian Jorgensen | 13 |
| 19-29160 | Kitt Godwin | 13 |
| 19-29399 | Luwana J Johnson | 13 |
| 19-29499 | Sherry A Letcher | 7 |
| 19-29524 | Angela E. Williams | 13 |
| 19-29643 | Charlene Layne | 13 |
| 19-29733 | Vanessa Davis | 13 |
| 19-29773 | Angela D. Smith | 13 |
| 19-30234 | Marvin D Nesby | 13 |
| 19-30439 | Lydia Landeros | 13 |
| 19-30461 | Myeisha L Wright | 7 |
| 19-30529 | Sean J. Gayles | 13 |
| 19-30785 | Matthew E Palacios | 13 |
| 19-30927 | Mark A. Bagshaw and Shirley M. Bagshaw | 13 |
| 19-31218 | Kimberly Greer | 13 |
| 19-31262 | Shekeitha C. Thomas | 13 |
| 19-31321 | Roxann J. Dakers | 13 |
| 19-31491 | Tierra S Harris | 13 |
| 19-31822 | Mary N Vaughn | 13 |
| 19-31854 | Brina N. Auguste | 13 |
| 19-31886 | Jeffery L Maxey | 13 |
| 19-32136 | Sabrina Haywood | 13 |
| 19-32270 | Ramirez Jones | 13 |

| Case | Name | Chapter |
|---|---|---|
| 19-32423 | Dequene M. Gordon | 13 |
| 19-32447 | Johnny L Collier, Jr | 13 |
| 19-33127 | Sheron L Drake | 13 |
| 19-33705 | Karladiea Clay | 13 |
| 19-33706 | Charlene Jones | 13 |
| 19-33743 | Konicka Sanders | 7 |
| 19-33883 | Kevin Richmond | 13 |
| 19-33960 | Jacqueline Hill | 13 |
| 19-34055 | David Osborne | 7 |
| 19-34149 | Ericka Jackson | 7 |
| 19-34206 | Regena Barker | 13 |
| 19-34690 | Miguel A Gomez | 13 |
| 19-35073 | LaQuia T Jackson | 13 |
| 19-35170 | Kenneth L Jackson and Jacqueline Jackson | 13 |
| 19-35295 | Michael A Lewis | 13 |
| 19-35359 | Kelvin Teamer | 13 |
| 19-35669 | Willie C Harper | 13 |
| 19-36134 | Valerie J. Neal | 13 |
| 19-36366 | Tonna Brunson | 13 |
| 19-36376 | LaTia Johnson | 13 |
| 20-00270 | Nitika L Levi | 13 |
| 20-00381 | Wonda F Evans | 13 |
| 20-00435 | Gwendolyn T Cain | 13 |
| 20-00569 | Nakia D Sturkey | 13 |
| 20-00583 | Kadedia T Walker | 13 |
| 20-00878 | Norma L Romero | 13 |
| 20-01219 | Edgar A. Burkel | 13 |
| 20-01301 | Yvonne Forest | 13 |
| 20-01630 | Keenan Bond | 13 |
| 20-01859 | Silvino Guerrero | 13 |
| 20-01866 | Angela M. Diaz | 13 |